AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA 2008 JAN 22 AM 11: 42

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| | |
| | CASE NUMBER:   3:01-cr-19(S1)-J-20MCR |
| | USM NUMBER:   29295-018 |
| v. | |
| | |
| DAVID MACK | |
| | Defendant's Attorney:   James H. Burke, Jr. (pda) |

**THE DEFENDANT:**

___X___ admitted guilt to violation of charge numbers __One, Two and Three__ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New conviction for the offense of battery occurring while on supervision. | September 2007 |
| Two | New conviction for the offense of criminal mischief occurring while on supervision. | August 2007 |
| Three | New conviction for the offense of worthless check occurring while on supervision. | October 2006 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___X___ The United States abandoned charge numbers __Four and Five__ and defendant is discharged as to such violation charges.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:   January 22, 2007

**HARVEY E. SCHLESINGER**
**UNITED STATES DISTRICT JUDGE**

DATE:   January 22, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | DAVID MACK | Judgment - Page  2  of  2 |
| Case No.: | 3:01-cr-19(S1)-J-20MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **twelve (12) months and one (1) day.**

____X____   The Court makes the following recommendations to the Bureau of Prisons:
**FCI Coleman.**

____X____   The defendant is remanded to the custody of the United States Marshal.

_____   The defendant shall surrender to the United States Marshal for this district:

_____   at _____   a.m.   p.m.   on _____.

_____   as notified by the United States Marshal.

_____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____   before 2 p.m. on _____.

_____   as notified by the United States Marshal.

_____   as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL